**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JEROEN VAN POECK,<br><br>Plaintiff,<br>vs.<br><br>MTGE INVESTMENT CORP., RANDY E. DOBBS, JULIA L. CORONADO, ROBERT M. COUCH, ANNALY CAPITAL MANAGEMENT, INC., and MOUNTAIN MERGER SUB CORPORATION<br><br>Defendants. | Case No.: 8:18-cv-01514<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Jeroen Van Poeck ("Plaintiff"), voluntarily dismisses the above captioned action (the "Action") with prejudice as to Plaintiff.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 24, 2018

**LEVI & KORSINSKY LLP**

/s/ Donald J. Enright
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: denright@zlk.com

1